**MICHAEL A. DIRENZO, ESQ.**
Nevada Bar No. 13104
**MORGAN & MORGAN**
6725 Via Austi Parkway, Suite 275
Las Vegas, Nevada 89119
Telephone: (725) 226-1371
Facsimile: (689) 285-6892
Email: michael.direnzo@forthepeople.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HOLLY SMALL, an individual;<br><br>Plaintiff,<br><br>v.<br><br>ALBERTSON'S LLC, a foreign limited liability company; DOES 1-20 and ROE BUSINESS ENTITIES 1-20, inclusive,,<br><br>Defendant. | CASE NO.: 2:25-cv-02533-RFB-EJY<br><br>**STIPULATION TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER (THIRD REQUEST)**<br><br>**SUBMITTED IN COMPLIANCE WITH LR 26-3** |

Plaintiff, HOLLY SMALL, by and through her attorneys, MICHAEL A. DIRENZO, ESQ. of MORGAN & MORGAN, and Defendant, ALBERTSON'S LLC, by and through its attorneys, LEW BRANDON, JR., ESQ., RYAN VENCI, ESQ. and KRISTEN MOLLOY, ESQ. of BRANDON | SMERBER LAW FIRM, stipulate and agree that the discovery schedule be extended pursuant to LR 26-3.

/ / /

/ / /

/ / /

/ / /

**I. Discovery Conducted to Date (LR 26-4(a)):**

Both parties have submitted their Initial FRCP 26.1 Disclosures. Both parties served Interrogatories, Request for Production of Documents, and Requests for Admissions and both parties have provided responses. Plaintiff's deposition was conducted on March 17, 2026. The 30(b)(6) Deposition was conducted on May 28, 2026. Both parties have submitted their Initial Expert Disclosures

**II. Discovery to be Conducted (LR 26-4(b)):**

1. Percipient witness depositions (Scheduled).
2. Expert depositions; and
3. Medical provider depositions.

**III. The Reasons the Remaining Discovery Cannot Be Completed within the Time Limits Set by the Discovery Plan (LR 26-4(c)):**

Additional time is necessary to complete the scheduled percipient-witness depositions, conduct expert depositions, and allow each party adequate time to review the opposing party's expert reports, medical records, deposition transcripts, and other discovery materials; evaluate the opinions offered by the opposing party's retained experts; and prepare any necessary rebuttal expert disclosures or reports. The parties have been working diligently and cooperatively to complete discovery, and this request is made in good faith and not for the purpose of delay.

**IV. Proposed Schedule for Completing All Remaining Discovery (LR 26-4(d)):**

The current discovery deadlines are as follows:

1. Initial Expert Disclosures (LR 26-1(b)(3)): August 14, 2026.
2. Rebuttal Expert Disclosures (LR 26-1(b)(3)): September 15, 2026.

3. Dispositive Motions (LR 26-1(b)(4)): November 13, 2026.

4. Discovery Cutoff (LR 26-1(b)(1)): October 16, 2026.

The parties propose extending the following discovery deadline by sixty (60) days as follows:

1. Rebuttal Expert Disclosures (LR 26-1(b)(3)): November 16, 2026.

2. Dispositive Motions (LR 26-1(b)(4)): January 12, 2027.

3. Discovery Cutoff (LR 26-1(b)(1)): December 15, 2026.

DATED this 3rd day of September 2026.

**MORGAN & MORGAN**

*/s/ Michael DiRenzo*

MICHAEL DIRENZO, ESQ.
Nevada Bar No. 13104
6725 Via Austi Parkway, Suite 275
Las Vegas, Nevada 89119
*Attorneys for Plaintiff*

DATED this 3rd day of September 2026.

**MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP**

*/s/ Ryan Venci*

LEW BRANDON, JR., ESQ.
Nevada Bar No. 5880
RYAN VENCI, ESQ.
Nevada Bar No. 7547
KRISTEN MOLLOY, ESQ.
Nevada Bar No. 14927
139 E. Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendant, ALBERTSON'S LLC*

**ORDER**

**IT IS SO ORDERED**

Dated this 3rd day of September 2026.

UNITED STATES MAGISTRATE JUDGE